# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1518
_____

JEANETTE C. MOBLEY,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
NAVARRE PEDIATRICS, PL,

Appellees.

_____

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

May 22, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeanette C. Mobley, pro se, Appellant.

John Kunberger, General Counsel, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission; Russell F. Van Sickle of Beggs & Lane, Pensacola, for Appellee Navarre Pediatrics, PL.